FILED - USDC - FLMD - ORL
MAY 20 2026 PM2:05

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:26-cr- 125-AGM-DCI
18 U.S.C. § 111(a)(1)

MOISES DAVID PARRA-PARRA

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Assaulting, Resisting, or Impeding Certain Officers)**

On or about April 23, 2026, in the Middle District of Florida, the defendant,

MOISES DAVID PARRA-PARRA,

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agents B.L. and W.M., persons designated in 18 U.S.C. § 1114, while B.L. and W.M. were engaged in and on account of the performance of their official duties, and in the commission of the acts described above, made physical contact with B.L. and W.M., and inflicted bodily injury.

In violation of 8 U.S.C. § 111(a)(1) and (b).

[redacted]
Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
Jerry M. Harre
Special Assistant United States Attorney

By: ______________________
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
May 26

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MOISES DAVID PARRA-PARRA

INDICTMENT

Violations: 18 U.S.C. § 111(a)(1)

[redacted]

Filed in open court this 20th day of May, 2026.

________________________
Clerk

Bail $____________________

GPO 863 525