**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No.: 6:26-cr-125-AGM-DCI**

**MOISES DAVID PARRA-PARRA**

NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on **AUGUST 20, 2026** regarding the plea of guilty entered by **MOISES DAVID PARRA-PARRA**.

August 20, 2026

Assistant United States Attorney

Copies to:
Counsel of Record