**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:26-cr-125-AGM-DCI**

**MOISES DAVID PARRA-PARRA**

---

# ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (Doc. # 44) on August 20, 2026. United States Magistrate Judge Daniel C. Irick recommends that the Court accept Defendant's plea of guilty.

After an independent *de novo* review of the record and noting that the United States filed a Notice of No Objection (Doc. # 45) on August 20, 2026, and the 14-day objection period has expired, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. # 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order;
2. The plea is accepted;
3. Defendant is hereby adjudicated guilty as to Count One of the Indictment (Doc. # 17).

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 5, 2026.

**ANNE-LEIGH GAYLORD MOE**
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services