**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 6:26-cr-125-AGM-DCI**

**Moises David Parra-Parra**

______________________________

**APPENDIX**
==========================================================

Moises David Parra-Parra Allocution Letter ....................................................... A

Letters of Support ........................................................................................... B
Riczabeth Valero, wife (translation letter attached) .......................................... B-1
Yohandy Yosmel Parra Parra, brother (translation letter attached)................. B-2
Yosmen Edixo Parra Pirela, father (translation letter attached)....................... B-3

Mitigation pictures ........................................................................................... C

A

To: Judge Anne Leigh Gaylord Moe
From: Moises David Parra Parra

I am writing to you with greatest respect to tell you a little about who I am and the story of my life. I do not want these words to be an excuse, but rather an opportunity for you to know the person behind this process.

I was born in Venezuela and grew up in a humble family. My childhood was simple and happy, like that of many Venezuelans. Since I was young, I learned that things are earned through effort and that respect towards others is worth more than anything. Also, since I was very young, I have worked in construction. It was always hard work, but I was never afraid of sacrifice. To me, arriving home tired after a long day of work meant that I was doing everything possible to provide for my family.

I met the woman who is now my wife and together we formed the household about which we had always dreamed. God blessed us with our children who became the motive of every effort we made.

When I was 24 years old, my mother died. I was already a husband and a father. To lose her was one of the most painful events of my life. There are injuries that never heal and that is one of them. Since then, I have valued my family even more and I understand that the people one loves the most are a gift that does not last forever.

We worked in Venezuela, but the situation was more difficult every day. We lived in the home of one of my uncles. Although we never lacked the affection of the family, I dreamed of giving my wife and children their own home and a more stable life. That is why we made the decision to emigrate to the United States. It was not an easy decision, because it meant leaving our country and starting from zero. But we felt that it was the only opportunity to strive for a better future for our children. Upon arriving in this country, I continued to do what I always had done: I worked in construction. I never sought an easy way. I just wanted to get by with the fruits of my labor.

Today, as I find myself detained, I have had a lot of time to think. What hurts me the most is not being here, but missing moments that I will never get back. I miss waking up and seeing my children, hugging my wife, and always being by her side and with my family. When my daughter suffered the burns on her little face, and I knew I could not be with her or support my wife, I felt very powerless. As a father that has been one of the most difficult times through which I have had to live.

I am a man who believes in God. My faith has given me strength to face this process and has also taught me to reflect on my decisions, my family and their value and importance. Every day I pray for my children, for my wife, and that God will allow me to be with them someday. I am not writing this letter to ask for compassion. I am writing to you because I want you to know my story and the person that I have intended to be my whole life. I am a man who deeply loves his family, who left his country seeking an opportunity for them, and who has never stopped dreaming of seeing his children grow up.

Sincerely,

Moises David Parra Parra

A

Para la Jueza: Anne Leigh Gaylord

De: Moisés David parra Parra.

Con el mayor respeto me dirijo a usted, Para hablarle un poco de quien Soy y de la historia de mi vida. No quiero que estás Palabras Sean una excusa, Sino una oportunidad Para que Conosca a la Persona que hay detras de este proseso.

Naci en Venezuela y creci en una familia humilde mi infancia fue Sencilla y feliz, Como muchos Venezolanos. aprendi desde pequeño que las cosas se Consiguen Con esfuerzo, que el respeto hacia los demas Vale mas que Cualquier cosa.

Desde muy Joven trabaje en construccion, Siempre fue un trabajo duro, pero nunca le tuve miedo al Sacrificio, Para mi llegar Cansado ala casa, despues de un largo dia de trabajo Significo que estaba haciendo lo Posible por Sacar adelante a mi familia.

Conoci ala mujer que hoy es mi esposa y Juntos formamos el hogar que siempre Soñamos. Dios nos nos bendijo Con nuestros hijos, quienes se Convirtieron en el motivo de Cada ezfuerzo que haciamos

A

Cuando tenia 24 años fallecio mi mama, Ya yo era esposo y padre, Perderla era uno delos dolores mas grandes de mi vida, hay heridas que nunca terminan de sanar, y esa es una de ellás. Desde ese momento Valore mas mi familia y entendi que las personas que uno mas ama son un regalo que no dura para Siempre

En venezuela, trabajamos pero la situacion era cada dia mas dificil, Viviamos en casa de unos tios, y aun que nunca nos falto el cariño de la familia, yo soñaba con darle a mi esposa y amis hijos un hogar propio y una Vida mas estable. por eso tomamos la decicion de emigrar alos Estados Unidos. no fue una decicion facil, Por que significaba dejar atras a nuestra tierra y empesar de cero, Pero sentiamos que era la unica oportunidad de luchar por un mejor futuro Para nuestros hijos.

Al llegar a este pais segui haciendo lo que siempre habia hecho, trabajar en construccion. nunca busque un Camino facil Solamente queria Salir adelante Con el fruto de mi trabajo

Hoy mientras me encuentro detenido, he tenido mucho tiempo Para Pensar, lo que mas me duele, no es estar aqui, Sino que perderme de momentos que nunca Volveran. Extraño despertar y ver a mis hijos, abrasar a mi esposa y estar Siempre a Su lado, de mi familia.

A

Cuando mi hija Sufrio las quemaduras de su Carita y supe que no podia estar Con ella ni apoyar a mi esposa, Senti una gran impotencia, Como Padre ese ha sido uno de los momentos mas dificiles que me a tocado Vivir.

Soy un hombre Creyente en Dios. mi fe me a dado fuerzas Para enfrentar este proseso, y tambien me a enseñado a reflexcionar Sobre mis deciciones y Sobre mi familia, el Valor y la importancia que tienen. todos los dias Oro Por mis hijos Por mi esposa y Porque Dios me Permita estar con ellos un dia..

No le escribo esta Carta Para Pedir Compacion, Sela escribo Porque tambien deceo que Pueda Conocer mi historia y la Persona que e intentado ser durante toda mi vida. Soy un hombre que ama Profundamente a su familia, que Salio de su Pais buscando una oportunidad Para ellos y que nunca a dejado de Soñar Con ver Crecer asus hijos. Atentamente: Moises David Parra Parra.

Att. Moises David Parra Parra.

Honorable Judge Anne-Leigh Gaylord Moe,

My name is Riczabeth Valero, and I am the wife of Moisés David Parra Parra. I write to you with great respect and from the heart, because I would like that before making a decision about his sentence, you may come to know a little about the person I have known and loved during our life together.

Since I have known Moisés, I have been able to see firsthand the effort he has made for our family. I know him as a hardworking, calm, humble man who is very dedicated to his children and to me. He has always looked for ways to work and get ahead so that our family would not lack what is necessary.

During our relationship we have gone through good times and also very difficult times. I have witnessed his worries, his sacrifices, and the way he has tried to keep our family united despite the difficulties.

Moisés is also a man of great faith. God has always been an important part of his life, and in difficult moments he has sought to rely on his faith in order to keep moving forward.

One of the most difficult moments our family has lived through occurred while Moisés was detained. Our baby suffered an accident in which she burned her face and had to receive medical attention. It was a very painful and distressing situation for me as a mother, and it was also very hard for Moisés to live through that moment from afar, unable to be physically present with his daughter to care for her and to be with us.

As his wife, I know how much it hurt him not to be able to be there at that moment. A father wants to be able to hold his daughter, to be with her when she is suffering, and to help his family when they need him most. For us it was especially difficult to face that situation while separated.

I also know the love Moisés feels for our children. For them, he is not simply a person serving a sentence; he is their father, the person they miss and hope to have with them again. His absence has been very difficult for our family.

I know that Moisés has had a great deal of time to think and reflect on everything that has happened. This situation has made him value his freedom, his family, and the truly important things in life even more.

I do not write this letter to justify what occurred or to ask the Court to ignore the seriousness of the case. I write it because I consider it important that, in addition to knowing the facts of this proceeding, the Court may also come to know the man I have known during our life together: a husband, a father, a worker, and a man who loves his family deeply.

My greatest wish is that, when the time comes to decide his sentence, you may also take into consideration his character, his family, the difficulties we have gone through, and his desire to be able to return to his life and continue forward in the right way.

I sincerely thank you for taking the time to read my words and for considering my perspective as his wife.

Respectfully,

Riczabeth Valero

Wife of Moisés David Parra Parra

Honorable Juez Anne-Leigh Gaylord Moe,

Mi nombre es Riczabeth Valero, y soy la esposa de Moisés David Parra Parra. Le escribo con mucho respeto y desde el corazón, porque quisiera que antes de tomar una decisión sobre su sentencia pueda conocer un poco de la persona que yo he conocido y amado durante nuestra vida juntos.

Desde que conozco a Moisés, he podido ver de primera mano el esfuerzo que ha hecho por nuestra familia. Lo conozco como un hombre trabajador, tranquilo, humilde y muy dedicado a sus hijos y a mí. Siempre ha buscado la manera de trabajar y salir adelante para que a nuestra familia no le falte lo necesario.

Durante nuestra relación hemos pasado por momentos buenos y también por momentos muy difíciles. He sido testigo de sus preocupaciones, de sus sacrificios y de la manera en que ha tratado de mantener a nuestra familia unida a pesar de las dificultades.

Moisés es también un hombre de mucha fe. Dios siempre ha sido una parte importante de su vida, y en los momentos difíciles ha buscado apoyarse en su fe para seguir adelante.

Uno de los momentos más difíciles que nuestra familia ha vivido ocurrió mientras Moisés se encontraba detenido. Nuestra bebé sufrió un accidente en el que se quemó la cara y tuvo que recibir atención médica. Fue una situación muy dolorosa y angustiante para mí como madre, y también fue muy difícil para Moisés vivir ese momento estando lejos y sin poder estar físicamente junto a su hija para cuidarla y acompañarnos.

Como esposa, sé cuánto le dolió no poder estar presente en ese momento. Un padre quiere poder cargar a su hija, acompañarla cuando está sufriendo y ayudar a su familia cuando más lo necesita. Para nosotros fue especialmente difícil enfrentar esa situación separados.

También conozco el amor que Moisés siente por nuestros hijos. Para ellos, él no es simplemente una persona que está cumpliendo una sentencia; es su papá, la persona que ellos extrañan y esperan volver a tener junto a ellos. Su ausencia ha sido muy difícil para nuestra familia.

Sé que Moisés ha tenido mucho tiempo para pensar y reflexionar sobre todo lo que ha ocurrido. Esta situación le ha hecho valorar aún más su libertad, su familia y las cosas verdaderamente importantes de la vida.

No escribo esta carta para justificar lo ocurrido ni para pedirle a la Corte que ignore la seriedad del caso. La escribo porque considero importante que, además de conocer los hechos de este proceso, la Corte pueda conocer al hombre que yo he conocido durante nuestra vida juntos: un esposo, un padre, un trabajador y un hombre que ama profundamente a su familia.

Mi mayor deseo es que, cuando llegue el momento de decidir su sentencia, pueda tomar en consideración también su carácter, su familia, las dificultades que hemos atravesado y el deseo que tiene de poder regresar a su vida y continuar adelante de una manera correcta.

Le agradezco sinceramente por tomarse el tiempo de leer mis palabras y por considerar mi perspectiva como su esposa.

Atentamente:

Riczabeth Valero
Esposa de Moisés David Parra Parra

B-2

Honorable Judge Anne Leigh Gaylord Moe:

My name is Yohandry Yosmel Parra Parra. I work in construction and was previously part of a church group known as EMAÚS. I address you with great respect to share my experience and opinion about my brother, Moisés David Parra Parra, in the hope that these words will allow you to better know who he is as a person.

Moisés and I grew up together in a very humble family, where from a young age we learned the value of hard work, effort, and family unity. From childhood he showed a great passion for baseball, a sport he practiced with dedication and through which he had the opportunity to represent our municipality on various occasions. He was always a disciplined person and committed to the things he liked to do.

One of the most difficult moments we have experienced as a family was the death of our mother. That loss affected us deeply and was a very painful process for all of us. Despite that difficult event, Moisés always tried to stay strong and move forward, demonstrating strength and resilience in the face of adversity.

Throughout his life, I have known Moisés as an intelligent, hardworking, and responsible person. He is a good father, a good son, and a good brother. He has always been willing to support our family when any of us has gone through difficult times. He has a great love for sports, especially baseball, and has always sought to get ahead through honest work and effort.

Respectfully, I ask that you consider these words when assessing my brother’s character and life history. I know that no one is perfect and that we all can face difficult circumstances; however, I also know that Moisés is a person with values, with love for his family, and with the capacity to learn and continue building a better future. I request, with the utmost respect, that you have mercy and consider not only the facts of the case, but also the person he is, his life trajectory, and the impact he has on those of us who love him and depend on him.

Respectfully,

Yohandry Yosmel Parra Parra

Honorable Jueza Anne Leigh Gaylord Moe:

Mi nombre es Yohandry Yosmel Parra Parra. Me dedico al trabajo de construcción y anteriormente formé parte de un grupo de la iglesia conocido como EMAÚS. Me dirijo a usted con mucho respeto para compartir mi experiencia y opinión sobre mi hermano, Moisés David Parra Parra, con la esperanza de que estas palabras le permitan conocer mejor quién es él como persona.

Moisés y yo crecimos juntos en una familia muy humilde, donde desde pequeños aprendimos el valor del trabajo, el esfuerzo y la unión familiar. Desde niño mostró una gran pasión por el béisbol, deporte que practicó con dedicación y mediante el cual tuvo la oportunidad de representar a nuestro municipio en diversas ocasiones. Siempre fue una persona disciplinada y comprometida con aquello que le gustaba hacer.

Uno de los momentos más difíciles que hemos vivido como familia fue el fallecimiento de nuestra madre. Esa pérdida nos afectó profundamente y fue un proceso muy doloroso para todos. A pesar de ese difícil acontecimiento, Moisés siempre procuró mantenerse fuerte y seguir adelante, demostrando fortaleza y resiliencia frente a la adversidad.

A lo largo de su vida, he conocido a Moisés como una persona inteligente, trabajadora y responsable. Es un buen padre de familia, un buen hijo y un buen hermano. Siempre ha estado dispuesto a apoyar a nuestra familia cuando alguno de nosotros ha atravesado momentos difíciles. Tiene un gran amor por el deporte, especialmente por el béisbol, y siempre ha procurado salir adelante mediante el trabajo honrado y el esfuerzo.

Respetuosamente, le pido que considere estas palabras al momento de valorar el carácter y la historia de vida de mi hermano. Sé que nadie es perfecto y que todos podemos enfrentar circunstancias difíciles; sin embargo, también sé que Moisés es una persona con valores, con amor por su familia y con la capacidad de aprender y seguir construyendo un mejor futuro. Le solicito, con el mayor respeto, que tenga misericordia y considere no solo los hechos del caso, sino también la persona que él es, su trayectoria de vida y el impacto que tiene para quienes lo amamos y dependemos de él.

Respetuosamente,

Yohandry Yosmel Parra Parra

B-3

Judge Anne Leigh Gaylord Moe

I, Yosmen Edixo Parra Pirela, am a man who likes to work and get ahead. I am a hard worker, loading sand trucks. I was married to the mother of my children; she is no longer with us because she went to heaven. She and I always gave our children the fundamental teachings. We come from a humble family.

Madam Judge, I am the father of three sons: the oldest is Yohandry, then Moisés, and Kelvin. My three boys have always been hard workers. The oldest and the youngest achieved their goals of getting ahead. My son Moisés, the one who is currently detained, studied, worked, and was about to be signed because his greatest sport is baseball. From the time he was a child he showed us what he longed to do. Unfortunately, they were not able to sign him, and even so he continued moving forward. He started a family; he has a wife who cares for him and loves him, and two beautiful daughters who are a blessing. He emigrated for the purpose of getting ahead and giving his family a new life, knowing that he could go very far.

Moisés is an honest, humble man with an immensely noble heart. He is one of my greatest treasures. Madam Judge, I ask you with my heart in my hand to look at my son’s life, that you may listen to him, and also to these letters from his entire family.

Yosmen Edixo Parra Pirela

Proud father of Moisés David Parra Parra

# Jueza Anne Leigh Gaylord Moe

Yo Yosmen edixo Parra Pirela, Soy un hombre qué le gusta trabajar y salir adelante soy trabajador cargando camiones de arena tuve mi matrimonio con la madre de mis hijos, ya ella no se encuentra entre nosotros porque partio al cielo ella y yo siempre le dimos las enseñanzas fundamentales a nuestros hijos somos de familia humilde, señora jueza Soy padre de tres varones el mayor es yohandry, Moisés Y Kelvin, mis tres muchachos siempre han sido trabajadores el mayor y el menor cumplieron sus metas de salir adelante mi hijo Moisés, él que se encuentren detenido Moisés estudio trabajó y estuvieron a punto de firmarlo porque su mayor deporte es el béisbol desde niño nos demostró lo qué anhelaba hacer, lamentablemente no lo pudieron firmar y aún así siguió adelante formalizó una familia tiene una esposa que lo cuida y lo ama y 2 hermosas hijas que son una bendición, emigró por los motivos de salir adelante de brindarles una nueva vida a su familia con el conocimiento de qué podía llegar muy lejos Moisés es un hombre honesto humilde y con un corazón inmensamente noble él es uno de mis tesoro mas grande señora jueza le pido con el corazón en la mano qué vea la vida de mi hijo que lo pueda escuchar y también estas cartas de toda su familia.

Yosmen edixo Parra Pirela Papá orgulloso de Moisés David Parra Parra

C

**Mr. Parra-Parra youger years playing baseball, 2005**



**Mr. Parra-Parra recreational baseball teams as an adult**





C

**Mr. Parra-Parra daughter's accident, 5/3/2026**





